USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-14-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                                                    **ORDER**

                                                                    18-CR-698 (ALC)

       -against-

Jalyn Oliver,

              Defendant(s)
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Bail Review Hearing is set for **November 20, 2019** at **2:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
       November 14, 2019

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**