USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                     **ORDER**

                                                   **18-CR-698 (ALC)**

        -v-

**Jalyn Oliver,**

                Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing set for March 12, 2020 is adjourned to **March 30, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
         February 12, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**