ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  Tel: (212) 571-5500
Jeremy Schneider  Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

March 23, 2020

**By ECF**
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
>
> The application is granted in its entirety. Sentencing adjourned until June 1, 2020 at 11:00 a.m.
>
> **SO ORDERED**

    Re:    United States v. Jalyn Oliver
            18 Cr. 698 (ALC)

Dear Judge Carter:

    I am the attorney for Jalyn Oliver, the defendant in the above-referenced matter. Mr. Oliver filed his sentencing submission on March 16, 2020 (Dkt. 58) and is currently scheduled to be sentenced on March 30, 2020. I have since discovered a substantive error in Mr. Oliver's sentencing submission, and therefore respectfully request that the submission be removed from the docket.

    Additionally, due to the current COVID-19 pandemic, it is respectfully requested, with the consent of the government, that Mr. Oliver's sentencing be adjourned to the week of June 1, 2020, at any time after 12:00 p.m. I agree to submit Mr. Oliver's updated and corrected sentencing submission two weeks prior to the new sentencing date.

    I thank you for your attention to this matter.

Respectfully submitted,

/s/

Jeremy Schneider

cc:    AUSA Karin Portlock (By ECF)
       AUSA Frank Balsamello (By ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 23, 2020