USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**United States of America,**

                                                      **ORDER**
                                                     18-CR-698 (ALC)

        -against-

**Jalyn Oliver,**

                       Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Review Hearing set for **July 23, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

    **SO ORDERED.**

Dated: New York, New York
       July 16, 2020

                                                **ANDREW L. CARTER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**