**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                          Tel: (212) 571-5500
Robert A. Soloway                                         Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

September 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/20

**Via ECF & Email**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: United States v. Jalyn Oliver
     <u>18 Cr. 698 (ALC)</u>

Dear Judge Carter:

  I am the attorney for Jalyn Oliver, the defendant in the above-referenced matter. Mr. Oliver is scheduled to be sentenced on October 6, 2020 at 12:00 p.m. In light of the COVID-19 pandemic and the current limitations on in-person court proceedings, it is respectfully requested with the consent of the government, by AUSA Frank Balsamello, that Mr. Oliver's sentencing be adjourned for approximately sixty days. I have conferred with the government and both parties are available on the following dates and times: December 8 at any time; December 9, before 3:00 p.m.; or December 10, before 11:00 a.m. or after 1:30 p.m.

  If the Court has any questions regarding this application, please contact my office.

  Your Honor's time and attention to this matter is appreciated.

            Respectfully submitted,
              /s/
            Jeremy Schneider

cc: AUSA Frank Balsamello (ECF & Email)

**The application is granted. Sentencing adjourned to 1/22/21 at 11:00 a.m. So Ordered.**

*[signed] Andrew L. Carter*
9/23/20