```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 1-15-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                **ORDER**
                                18-CR-698 (ALC)

        -against-

Jalyn Oliver,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

       The Sentencing scheduled for January 22, 2021 is adjourned to **April 30, 2021** at **10:00 a.m.**

       SO ORDERED.

Dated: New York, New York
          January 15, 2021

                                      _____
                                      ANDREW L. CARTER, JR.
                                      UNITED STATES DISTRICT JUDGE