USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-16-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

United States of America,

                           -against-

Jalyn Oliver,
-----------------------------------------------------------X

                                   **ORDER**
                               18-CR-698 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

      The Sentencing scheduled for April 30, 2021 is adjourned to **August 6, 2021** at **11:30 a.m.**

      **SO ORDERED.**

Dated: New York, New York
          April 16, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**