MEMO ENDORSED

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

May 25, 2021

**Via ECF & Email**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _6-/-21_

    Re:   United States v. Jalyn Oliver
            18 Cr. 698 (ALC)

Dear Judge Carter:

    I represent Jalyn Oliver in the above-referenced matter and am writing to request a temporary modification of the travel component of his bail conditions to permit Mr. Oliver to travel to Florida for a few days to celebrate his birthday belatedly with his cousin, Codi Oliver. Mr. Oliver has continued his employment and has been fully compliant with Pre-Trial since the removal of his electronic monitoring bracelet in July 2020. I have conferred with his Pre-Trial Services Officer, Ms. Francesca Piperato, who has informed me that she has no objection to this modification, provided that prior to his departure, Mr. Oliver must provide her with his flight information, hotel accommodations, and name and contact number for his cousin.

    The government, by AUSA Frank Balsamello, objects to the modification.

    If your Honor has any questions or requires additional information, please do not hesitate to contact me.

Hon. Andrew L. Carter, Jr.
May 25, 2021
Page Two

Your Honor's time and attention to this matter is appreciated.

Respectfully submitted,

/ s /

Jeremy Schneider

cc: Frank Balsamello (by ECF/Email)
*Assistant United States Attorney*

Francesca Piperato (by Email)
*U.S. Pretrial Services Officer*

The application is ___ granted.
✓ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: June 1, 2021
NY, New York