# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 20, 2021

**Via ECF & Email**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/20/21

Re:   United States v. Jalyn Oliver
      18 Cr. 698 (ALC)

Dear Judge Carter:

    I am the attorney for Jalyn Oliver, the defendant in the above-referenced matter. Mr. Oliver is scheduled to be sentenced on August 6, 2021 at 11:30 a.m. I write with the consent of the government, by AUSA Frank Balsamello, to request an adjournment of sentencing to October 28, 2021 at 2:00 p.m., a date and time that I understand is convenient for the Court. The reason for this request is that I am scheduled to have surgery and will be unavailable on the presently scheduled sentencing date.

    Please contact me if the Court has any questions regarding this application.

    Your Honor's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Frank Balsamello (ECF & Email)

**The application is GRANTED.**
So Ordered.

*[Signed] Andrew L. Carter 7/20/21*