**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/22__

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 11, 2022

**VIA ECF**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Jalyn Oliver
    18 Cr. 698 (ALC)

Dear Judge Carter:

I represented Mr. Jalyn Oliver in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 56.3 hours, nunc pro tunc to July 31, 2018, assisting me in this matter. Much of that time involved communication with Mr. Oliver and his family, and with his state attorney, emails with pre-trial and the government, and work on his sentencing submission. None of Ms. Perillo's work was duplicative.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. Oliver in this matter. Thank you very much.

Sincerely,

Jeremy Schneider

JS/sc

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
1/11/22